COMMONWEALTH of Pennsylvania, Appellant,

v.

**Brian David PHILLIPS, Appellee.**

Supreme Court of Pennsylvania.

Submitted Oct. 13, 2000.

Decided Jan. 16, 2001.

James R. Gilmore, Pittsburgh, for Commonwealth of PA.

Patrick J. Thomassey, Monroeville, for Brian Phillips.

Before FLAHERTY, C.J., and ZAPPALA, CAPPY, CASTILLE, NIGRO, NEWMAN and SAYLOR, JJ.

### *ORDER*

PER CURIAM.

Based upon our decision in *Commonwealth v. Albert*, 563 Pa. 133, 758 A.2d 1149 (2000), the Order of the Allegheny County Common Pleas Court is reversed and the matter is remanded for further proceedings.

Jurisdiction is relinquished.

COMMONWEALTH of Pennsylvania, Appellant,

v.

**James Donald BELL, Appellee.**

Supreme Court of Pennsylvania.

Submitted Oct. 13, 2000.

Decided Jan. 16, 2001.

Michael W. Streily, Pittsburgh, for Commonwealth of PA.

Patrick J. Thomassey, Monroeville, for James Donald Bell.

Before FLAHERTY, C.J., and ZAPPALA, CAPPY, CASTILLE, NIGRO, NEWMAN and SAYLOR, JJ.

### *ORDER*

PER CURIAM.

Based upon our decision in *Commonwealth v. Albert*, 563 Pa. 133, 758 A.2d 1149 (2000), the Order of the Allegheny County Common Pleas Court is reversed and the matter is remanded for further proceedings.

Jurisdiction is relinquished.